# JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MICHAEL J. PHILLIPS,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | Case No. 2:20-cv-10362-JVS-JPR<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE**<br><br>Honorable James V. Selna<br>United States District Judge |

In light of the parties' stipulation, IT IS HEREBY ORDERED that the above-captioned action is dismissed with prejudice in its entirety pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, each side to bear its own costs, fees, and expenses.

DATED: April 07, 2022

_____
JAMES V. SELNA
UNITED STATES DISTRICT JUDGE